RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Gregory Cooper

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       v.<br><br>GREGORY COOPER,<br><br>        Defendant. | Case No. 2:18-cr-00364-JCM-VCF<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Gregory Cooper, that the parties herein shall have to and including April 17, 2019, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 1, 2019, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 8, 2019, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsel for defense needs additional time to review the discovery and consult with her client to determine whether pretrial motions will be filed in this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

This is the second stipulation to continue motion deadlines filed herein.

DATED this 27th day of March, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Kevin D. Schiff*<br>By_____<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY COOPER,<br><br>    Defendant. | Case No. 2:18-cr-00364-JCM-VCF<br><br><u>ORDER</u> |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 17, 2019 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including May 1, 2019 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including May 8, 2019 to file any and all replies.

DATED this <u>3rd</u> day of April, 2019.

                                                                    UNITED STATES DISTRICT JUDGE