# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00364-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| GREGORY COOPER, | |
| Defendant. | |

Before the court is the Notice of Withdrawal of Motion to Suppress Evidence (ECF No. 42).

Accordingly,

IT IS HEREBY ORDERED that the evidentiary hearing scheduled for July 29, 2019, is VACATED.

DATED this 23rd day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE